UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

PATRICIA KENNEDY, individually,

    Plaintiff,

v.                                                        CASE NO. 3:19-cv-00059-CDL

PATEL BROTHERS, INC., a Georgia corporation,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, PATRICIA KENNEDY, and Defendant, PATEL BROTHERS, INC. (hereafter, the "Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses.

Respectfully submitted,

By: /s/ *Thomas B. Bacon, Esq.*
Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
Telephone: (850)375-3475
Facsimile: 877-828-4446
Email: tbb@thomasbaconlaw.com
kimberlyatlaw@gmail.com
Attorney for Plaintiff, PATRICIA KENNEDY

By: /s/ *Kenneth L. Minerley, Esq.*
Kenneth L. Minerley, Esq.
Florida Bar No. 521840
MINERLEY FEIN, P.A.
1200 N. Federal Highway
Boca Raton, FL 33432
Telephone: 561-362-6699
Facsimile: 561-447-9884
Email: Ken@minerleyfein.com
fileclerk@minerleyfein.com

Attorneys for Defendant, PATEL BROTHERS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Kenneth L. Minerley, Esq.*
Kenneth L. Minerley, Esq.
Florida Bar No. 521840
MINERLEY FEIN, P.A.
1200 N. Federal Highway
Boca Raton, FL 33432
Telephone: 561-362-6699
Facsimile: 561-447-9884
Email: Ken@minerleyfein.com
fileclerk@minerleyfein.com
Attorneys for Defendant, PATEL BROTHERS, INC.